UNITED STATES DISTRICT COURT　　　　JS-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 14-724-DMG (DTBx) | Date | December 11, 2014 |
| Title | Sergio Rios v. The Bank of New York Mellon, et al. | | |

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NONE PRESENT |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**   IN CHAMBERS  -  ORDER DISMISSING ACTION FOR LACK OF PROSECUTION

On November 18, 2014, the Court ordered plaintiff to show cause in writing, no later than December 2, 2014, why the above-entitled action should not be dismissed for failure to prosecute. To date, plaintiff have not complied with this order.

Accordingly, good cause appearing the Court **DISMISSES** this action without prejudice pursuant to Local Rule 41-1 for failure to prosecute and failure to comply with an order of this Court.

IT IS SO ORDERED.